# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA

_Kenny Randolph Little_
  Plaintiff,

vs.

_Olin Corp._
  Defendant(s)

FILED SEP 25 '02 PM 2:07 USDCALS

Civil Action No. _02-720-CB-C_

## COMPLAINT

1. Plaintiff resides at _R+1 Box 318A McIntosh, Al, 36_
2. Name(s) of defendant(s) _Mr. S. Harris, Jerry Bacon, Joe, M_
3. Location of principal office(s) of the named defendant(s) _Olin Corp. McIntosh plant_

4. Nature of business of defendant(s) _Chemical_

5. Approximate number of individuals employed by defendant(s) _300_

6. The acts complained of in this suit concern:

   (A) _____ Failure to employ me.

   (B) _____ Termination of my employment.

   (C) _____ Failure to promote me.

   (D) _____ Other acts as specified below: _Americans With Disabilities  TITLE VII_

7. Plaintiff is:

   (A) ____ Presently employed by the defendant.

   (B) _X_ Not presently employed by the defendant.

   The dates of employment were __03/27/1977 — OCT,__

   (1) ____ Plaintiff was discharged.

   (2) ____ Plaintiff was laid off.

   (3) ____ Plaintiff left the job voluntarily.

8. Defendant(s) discriminated against me on account of my:

   (A) ____ Race                ____ Sex

       ____ Color               ____ National Origin

       ____ Religion

   Therefore, I am bringing this action for employment discrimination pursuant to Title VII of the Civil Rights Act of 1964, specifically, 42 U.S.C. § 2000e-5.

   (B) _X_ Physical disability

       _X_ Mental disability

   Therefore, I am bringing this action pursuant to the American with Disabilities Act, specifically, 42 U.S.C. § 12117.

   (C) ____ Age

   Therefore, I am bringing this action pursuant to the Age Discrimination in Employment Act of 1967, specifically, 29 U.S.C. § 626.

9. The name(s), race, sex, and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant company is (are) __MRS KAREN HARRIS, JOE mc FALLS, TERRY B__

10. The alleged discrimination occurred on or about __Aug 9. → OCT 9 → The__
    09/

11. The nature of my complaint, i.e., the manner in which the individual(s) named above

discriminated against me in terms of the conditions of my employment, is as follows: _____

*See attachments*

_____

12. The alleged illegal activity took place at **Olin Corp. (McIntosh, AL)**

13. I filed charges with the Equal Employment Opportunity Commission regarding alleged discriminatory conduct by defendant(s) on or about **December 12, 2001**. I have attached a copy of the Notice-of-Right-to-Sue letter issued by the Equal Employment Opportunity Commission. This letter was received by me on **04-05-2002**.

14. I seek the following relief:

   (A) _X_ Recovery of back pay.

   (B) _X_ Reinstatement to my former job, and any other relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

Date: **9/25/2002**

Signature of Plaintiff: *Kenny R. Little*

Address of Plaintiff: **R1 Box 318A Mt. Andrew**

Telephone Number of Plaintiff: **(251) 866-0750**

Kenny R. Little
R#1 Box 318a

McIntosh al, 36553
251-866-0750

Dear Friend's
I have been working in the McIntosh Plant for 24 years.
I think I have been a good employee for that time I
Have there.
On Oct 9th of 2001 I was sent to the plant Doctor, Dr
Dixon, Before then that morning I was working in one
Of the Units, helping some other guys get it started up.
I was able to help them that morning why not now.
 Most of the people in the unit will say that I am good to work
With, and pose no problem, In fact I help them.
On Oct 9th, I seen Dr. Dixon who told me I could not go back
To work because shake, My hands and neck. My prefial vision
Is not as good as it use to be, and he was scared of that
Me being Bi-Polar, he did not like that. I have been treated
For a span of Ten years, with the same medication.
They say I am Disabled from work yet I have not I have no
Received anything in writing. I have not received and short
Term disability checks.
Olin Corp. to me needs to find if I am Fired or disabled.
And take me out of this limbo

Singnature

*Kenny R. Little*
*9/25/2002*

# KENNY R. LITTLE

Rt 1 Box 318a
McIntosh al.
36553
251-866-0750
kenny_lit@msn.com

09/25/2002

Dear Friend,

I hope this letter will help out with some of the questions you might still have about this case. On august the 9th Terry Bacon said that I could no longer, work in my position, but they let me work Two more month's. If I could work two month's why could I have not work longer, in my position.
There is the matter of everyone knowing about the Disablement. It got leaked out to the whole plant. It was like my Medical Record's got turned a lose, and every one had made up there minds.
The day that I went to see DR. Dixon I ask him was I Disabled, the told me that he did not know if I was Disabled, but he put me off of my job anyway.
As I said before I hope this helped out. Call or write me if you have any question's about this case.
Sincerely,

Signature

*Kenny R. Little*


EEOC Form 161 (10/96)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: Kenny R. Little<br>Rt. 1 Box 318 A<br>McIntosh, AL 36553 | From: Birmingham District Office<br>Ridge Park Place, Suite 2000<br>1130 22nd Street South<br>Birmingham, AL 35205 |
|---|---|

[ ]  *On behalf of person(s) aggrieved whose identity is*
     *CONFIDENTIAL (29 CFR § 1601.7(a))*

| Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 130-A20-1594 | Jean McGinnis-Barrera | (205) 731-1185 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ]  The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]  Your allegations did not involve a disability that is covered by the Americans with Disabilities Act.

[ ]  The Respondent employs less than the required number of employees or is not otherwise covered by the statues.

[ ]  We cannot investigate your charge because it was not filed within the time limit required by law.

[ ]  Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ]  While reasonable efforts were made to locate you, we were not able to do so.

[ ]  You had 30 days to accept a reasonable settlement offer that afford full relief for the harm you alleged.

[X]  The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude th information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance wi statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ]  The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]  Other *(briefly state)* _____

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only not dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law bas this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** from your receipt of this Notice; otherwise, you to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit ma be collectible.

On behalf of the Commission

_____          _____
Cynthia G. Pierre, District Director              (Date Mailed)

Enclosure(s)

cc:  Information Sheet
     Copy of Charge
     cc: Respondent(s)

INFORMATION RELATED TO FILING SUIT
UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

PRIVATE SUIT RIGHTS -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 9 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed).

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

PRIVATE SUIT RIGHTS -- **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: backpay due for violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/96 to 12/1/96, you should file suit before 7/1/98 -- *not* 12/1/98 -- in order to recover unpaid wages due for July 1996. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice **and** within the 2- or 3-year EPA backpay recovery period.

ATTORNEY REPRESENTATION -- **Title VII and the ADA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do **not** relieve you of the requirement to bring suit within 90 days.

ATTORNEY REFERRAL AND EEOC ASSISTANCE -- **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice**. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

... ... ... ... ... ... WITH AGE DISCRIMINATION CLAIMS AGAINST STATE EMPLOYERS: HOW <u>KIMEL V. FLORIDA BOARD OF REGENTS</u> AFFECTS YOUR RIGHTS.

The Supreme Court has recently held in *Kimel v. Florida Board of Regents* [1] that the Federal Age Discrimination in Employment Act (ADEA) does not override a State's constitutional immunity from suits by private persons for monetary relief. Therefore, you may not bring an age discrimination suit seeking monetary relief against a State employer in either Federal or State court, unless the State has given its consent. We know of no State that consents to Federal ADEA suits. However, the *Kimel* Court noted that persons may recover money damages from their State employers under State age discrimination laws in 44 States. [2]

The age discrimination provisions of the ADEA <u>still apply</u> to State employers. In spite of *Kimel*, ADEA charges may still be filed with the EEOC and EEOC retains its full authority to seek relief from ADEA violations and to otherwise enforce the Act, including suing States in Federal or State court.

**THE ADDITIONAL INFORMATION BELOW <u>MAY</u> OR <u>MAY NOT</u> APPLY TO YOUR CASE.** *(Your attorney, EEOC, or a State or local Fair Employment Practices agency that enforces an age discrimination law can explain or discuss these matters with you.)*

- States may permit suits by private persons[3] but can define how they may be sued, such as procedures, who can sue, and in what courts.[4] In this regard, as noted above, many States have laws allowing private age discrimination suits in *State* court under *State* law. *(Therefore, your charge of discrimination, or other factors, may entitle you to sue or otherwise seek relief under State law.)*

- *Kimel* does <u>not</u> apply to local units of government - counties, cities, school boards, special taxing districts, etc. - if damages awarded will not come from a State's treasury.[5] And *Kimel* does not apply to interstate compact agencies that are not structured to qualify for immunity.[6]

- While *Kimel* bars private age discrimination suits for monetary relief under Federal law, you <u>may</u> be permitted to sue State officials, in their official capacity, for purely injunctive relief under the ADEA. This theory will have to be tested in the courts by private litigants.

- Your EEOC charge may claim more than one type of discrimination - disability or a Title VII basis (race, color, religion, sex or national origin) - plus age. *Kimel* does <u>not</u> bar Title VII or Americans with Disabilities Act (ADA) suits in Federal court. However, *State law* age discrimination suits may <u>not</u> be appended to a Title VII or ADA suit in Federal court.[7]

- Title VII and ADA suits may also be filed <u>in State court</u>.[8] Therefore, Title VII or ADA suits can be filed in State court with a *State law* suit that includes, as applicable, State law age discrimination claims.

If you have any questions on your rights under the EEOC statutes, or if you wish to be referred to a private attorney who may consider handling your case, please call the EEOC office where you filed your charge. You may find additional information on the EEOC Internet Web site at www.eeoc.gov.

---

1. 120 S.Ct. 631 (2000)
2. *Kimel*, note 1
3. *Clark v. Barnard*, 108 U.S. 436 (1883); *Gunter v. Atlantic Coast Line*, 200 U.S. 273 (1906); *Missouri v Fiske*, 290 U.S. 18, 24 (1933), cited in *Ford Motor Co. v Dept of Treasury*, 323 U.S. 459 (1945)
4. *Great Northern Life Ins. Co v Read*, 322 U.S. 47, 54 (1944)
5. *Mt. Healthy Bd. of Ed. v. Doyle*, 429 U.S. 274, 280 (1977); *Moor v. County of Alameda*, 411 U.S. 693, 717-721 (1973); *Lincoln County v. Luning*, 133 U.S. 529, 530 (1890)
6. *Lake Country Estates, Inc. v Tahoe Regional Planning Agency*, 440 U.S. 391, 401 (1979)
7. *Pennhurst State School & Hosp. v. Halderman*, 465 U.S. 89, 117-21 (1984)
8. *Yellow Freight Systems Inc v Donnelly*, 494 U.S. 553 (1990)

| CHARGE DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | ☐ FEPA<br>☒ EEOC | 130A201594 |

_____ and EEOC
State or local Agency, if any

| NAME (Indicate Mr., Ms., Mrs.) | HOME TELEPHONE (Include Area C.) |
|---|---|
| Mr. Kenny R. Little | (251) 866-0750 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF B |
|---|---|---|
| Rt. 1 Box 318 A, Mcintosh, AL 36553 | | 08/20/1 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITT STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area |
|---|---|---|
| Olin Corporation | Cat A (15-100) | (205) 944-330 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| P.O. Box 28, Mcintosh, AL 36553 | | 097 |

| NAME | | TELEPHONE NUMBER (Include Area C) |
|---|---|---|
| | | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))

☐ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☐ RETALIATION   ☐ AGE   ☒ DISABILITY   ☐ OTHER (Specify)

DATE DISCRIMINATION TOOK PL
EARLIEST: 10/09/2001   LATEST: 04/02/2
☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s)):

I. I was hired by the employer named above during March, 1977. On October 9, 2001, I was sent home from work by the company doctor and as of today's date April 2, 2002, I have not been allowed to return to my position of utility operator.

II. I was informed by Dr. Dixon that I was been sent home because of my disabilities.

III. I believe that I was discriminated against in violation of the Americans With Disabilities Act of 1990, as amended because of my disabilities.

( Original Charge Filed December 12, 2001 )

RECEIVED
APR 0 2 2002
E.E.O.C. Birmingham Distri

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - (When necessary for State and Local Requirements) |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and bel: |
| I declare under penalty of perjury that the foregoing is true and correct. | SIGNATURE OF COMPLAINANT |
| X Date 4-05-02   X Kenneth Little Charging Party (Signature) | SUBSCRIBED AND SWORN TO BEFORE ME THIS DAT (Month, day and year) |

EEOC FORM 5 (Rev. 07/99)